# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RUTH MERCADO | Bankruptcy Case Number 19-82310-CRJ-13 |
| Debtor, | |
| RUTH MERCADO | |
| Plaintiff, | |
| v. | Adversary Proceeding No: 20-80059-CRJ |
| SN SERVICING CORPORATION, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST, and NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | |
| Defendants. | |

## ORDER APPROVING MOTION TO APPROVE COMPROMISE AND SETTLEMENT

This matter came before the Court for hearing on October 26, 2020 upon Debtor's Motion to Approve Compromise and Settlement. Proper notice of the hearing was given and appearances were made by John Larsen, counsel for the Debtor, Michele T. Hatcher, Chapter 13 Trustee, and Richard Blythe, counsel for the Bankruptcy Administrator.

The Court considered the Motion and it is therefore ORDERED, ADJUDGED and DECREED that the Motion to Approve Compromise and Settlement is hereby APPROVED.

1. SN Servicing Corporation and U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust shall within thirty days of the date of this Order distribute the settlement proceeds in the amount of $4,500.00 as follows: to John Larsen, counsel for Debtor, the amount of $4,050.00 of which he will retain $3,600.00 for attorney fees and will remit $450.00 directly to the Debtors as allowed by her exemptions.

2. SN Servicing Corporation and U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust shall within thirty days of the date of this Order distribute to the

Case 19-82310-CRJ13    Doc 51    Filed 11/16/20    Entered 11/16/20 16:36:49    Desc Main
Document    Page 1 of 2

Chapter 13 Trustee the amount of $450.00 to be remitted to Michele T. Hatcher, Chapter 13 Trustee, 3789 Momentum Place, Chicago, IL 60689-5337 and to include the Debtors' name and bankruptcy case number 19-82310-CRJ-13 on the remittance. The Chapter 13 Trustee is authorized to distribute the proceeds received to the allowed claims of unsecured creditors, increase the base amount due under the Plan and take a fee on the disbursement.

3. The Clerk's office is hereby directed to close this Adversary Proceeding once the time for distributing the settlement proceeds expires with no further pleadings having been filed.

Dated this the 16th day of November, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared by:
John C. Larsen
OF COUNSEL:
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, Alabama 35811
(256) 859-3008
john@larsenlaw.com

CONSENTED TO BY:
Michele T. Hatcher
Chapter 13 Trustee

Richard Blythe
Bankruptcy Administrator