| Fill in this information to identify the case: |
|---|

Debtor 1   Ruth Mercado

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN            District of   ALABAMA
                                                                              (State)

Case number   19-82310-CRJ13

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER     **Court claim no. (if known)**    3-1

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX2642

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
- ☒ No
- ☐ Yes.  Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:   Plan Review; | 8/15/2019, | (11) | $ 300.00 |
| 12. | Other.  Specify: _____ | | (12) | $ |
| 13. | Other.  Specify: _____ | | (13) | $ |
| 14. | Other.  Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Ruth Mercado | | Case number (*if known*) | 19-82310-CRJ13 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
T I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Jackson E. Duncan, III*                         Date   10/3/2019
    Signature

Print:   Jackson            E.                Duncan, III            Title   Authorized Agent
         First Name         Middle Name       Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number     Street
          Roswell              GA           30076
          City                 State        ZIP Code

Contact phone   205-208-1804          Email   Jackson.Duncan@mccalla.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

**In re:**        )
       )   **Case No.** 19-82310-CRJ13
Ruth Mercado        )   **Chapter** 13
       )
       )   **JUDGE:** CLIFTON R. JESSUP JR.

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

- Other:        $300.00

| | | |
|---|---|---|
| 08/15/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $300.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:        **$300.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:   Ruth Mercado  
Bankruptcy Case No.: 19-82310-CRJ13  
Chapter:   13  
Judge:     Clifton R. Jessup Jr.

## CERTIFICATE OF SERVICE

I, Jackson E. Duncan, III, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ruth Mercado  
2020 Standford Dr.  
Huntsville, AL 35801

John C. Larsen                                      *(served via ECF at john@jlarsenlaw.com)*  
Larsen Law, P.C.  
1733 Winchester Rd  
Huntsville, AL 35811

Michele T. Hatcher                               *(served via ECF at ecf@ch13decatur.com)*  
Chapter 13 Trustee  
P.O. Box 2388  
Decatur, AL 35602

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   12/12/2019     By:   */s/Jackson E. Duncan, III*  
                    (date)                Jackson E. Duncan, III  
                                          Authorized Agent for Nationstar Mortgage LLC d/b/a Mr. Cooper